## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID LEE ROBINSON                                 :      CIVIL ACTION

**FILED:**

v.

AUG 2 3 2011

TEMPLE UNIVERSITY HEALTH     MICHAEL E. KUNZ, Clerk     NO. 11-4667
SERVICES, et al                              By_____ Dep. Clerk

                                                   :

## ORDER

**AND NOW**, this 23rd day of August, 2011, upon consideration of the Request for

Clarification of Court Order (Document No. 5), it is **ORDERED** that the request is

**GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.      The petition to proceed *in forma pauperis* (Document No. 1) is **DENIED**

**WITHOUT PREJUDICE**;

2.      If petitioner files with the Clerk within twenty (20) days from the date of this

Order a notice that he wishes to proceed with this action and obligates himself to pay the

$350.00 filing fee, this action will be reinstated.

TIMOTHY J. SAVAGE, J.