**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID LEE ROBINSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TEMPLE UNIVERSITY HEALTH** | : | **NO.  11-4667** |
| **SERVICES, et al** | : | |
| | : | |

<u>**ORDER**</u>

       **AND NOW**, this 23rd day of April, 2012, upon consideration of the defendants' Motion to Dismiss for Plaintiff's Failure to File a Certificate of Merit (Document No. 24) and the plaintiff's response, it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

       **IT IS FURTHER ORDERED** as follows:

1.      The complaint is **DISMISSED** for lack of subject matter jurisdiction; and,

2.      The plaintiff is granted leave to file, if he so desires, an amended complaint no later than **May 7, 2012**.

                                    /s/Timothy J. Savage
                                    TIMOTHY J. SAVAGE,  J.