IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID LEE ROBINSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TEMPLE UNIVERSITY HEALTH SERVICES,** *et al.* | : | **NO. 11-4667** |
| | : | |

## ORDER

**AND NOW**, this 7th day of June, 2012, upon consideration of the amended complaint and the plaintiff's submissions, it is **ORDERED** that the action is **DISMISSED** for lack of subject matter jurisdiction.

          /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.